IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


CLAY CALDWELL,                          )
                        Plaintiff        )
                                         )
        vs.                              )        Civil Action No. 07-726
                                         )        Judge Terrence F. McVerry/
LOUIS FOLINO, Superintendent, SCI-       )        Magistrate Judge Amy Reynolds Hay
Greene; DEAN GEEHRING, Mail              )
Inspector Supervisor, SCI-Greene; DAN    )
DAVIS, Superintendent Asst/Greivance     )
Coordinator, SCI-Greene,                 )
                        Defendants        )


## <u>ORDER</u>

AND NOW, this 6<u>th</u> day of <u>May</u>, 2008, after the Plaintiff, Clay Caldwell, filed an

action in the above-captioned case,  and after a Report and Recommendation was filed by the

United States Magistrate Judge giving the parties until April 21, 2008  to file written objections

thereto, and Plaintiff having filed objections [101] on April 30, 2008 which are without merit in

so far as he has adduced no evidence showing exhaustion, and upon independent review of the

motions and of the record, and upon consideration of the Magistrate Judge's Report and

Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Dkt. [101] is treated in part as an appeal from the

Magistrate Judge's Order denying leave to amend and as such is denied;

IT IS FURTHER ORDERED that Plaintiff's summary judgment motion, Dkt.

[71], is denied;

IT IS FURTHER ORDERED that summary judgment be entered *sua sponte* in favor of the Defendants;

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss [64] is dismissed as moot;

IT IS FURTHER ORDERED that Plaintiff's Motion for Preliminary Injunction [91] is dismissed as moot;

IT IS FURTHER ORDERED that Plaintiff's Motion for Appointment of Counsel [100] is dismissed as moot.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

BY THE COURT:

s/ Terrence F. McVerry
United States District Judge

cc:    Honorable Amy Reynolds Hay
       United States Magistrate Judge

       Clay Caldwell
       EM-2163
       SCI Greene
       175 Progress Drive
       Waynesburg, PA 15370

       Scott Bradley
       Email: sbradley@attorneygeneral.gov